A

## EXHIBIT A DOE LIST

**Doe # 1**       **IP Address:** 128.173.145.183 2008-02-14 12:42:56 EST

**Doe # 2**       **IP Address:** 198.82.110.113 2008-02-06 22:09:13 EST

**Doe # 3**       **IP Address:** 198.82.111.151 2008-01-27 07:12:00 EST

**Doe # 4**       **IP Address:** 198.82.113.31 2008-01-18 00:52:48 EST

**Doe # 5**       **IP Address:** 198.82.19.168 2008-02-17 13:18:46 EST

**Doe # 6**       **IP Address:** 198.82.191.122 2008-02-15 13:02:00 EST

**Doe # 7**       **IP Address:** 198.82.199.102 2008-02-25 21:17:21 EST

**Doe # 8**       **IP Address:** 198.82.199.135 2008-02-18 13:16:59 EST

**Doe # 9**       **IP Address:** 198.82.199.198 2008-01-27 07:52:44 EST

**Doe # 10**      **IP Address:** 198.82.199.64 2008-02-04 18:11:45 EST

**Doe # 11**      **IP Address:** 198.82.22.90 2008-02-07 16:38:35 EST

**Doe # 12**      **IP Address:** 198.82.93.41 2008-02-23 12:47:11 EST

# EXHIBIT A

**IP Address:** 128.173.145.183 2008-02-14 12:42:56 EST

**CASE ID#** 159142137

**P2P Network:** GnutellaUS

**Total Audio Files:** 1113

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Warner Bros. Records Inc. | Eric Clapton | Hold On | August | 79-801 |
| Warner Bros. Records Inc. | Michael Buble | Home | Home (single) | 370-204 |
| UMG Recordings, Inc. | Queens of the Stone Age | Burn the Witch | Lullabies to Paralyze | 370-251 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Who's Crying Now | Who's Crying Now (single) | 30-707 |
| UMG Recordings, Inc. | The Police | Roxanne | Roxanne (single) | 4-190 |
| Virgin Records America, Inc. | Smashing Pumpkins | Bullet With Butterfly Wings | Mellon Collie and the Infinite Sadness | 183-904 |
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| UMG Recordings, Inc. | DMX | The Omen | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |

# EXHIBIT A

**IP Address:**  198.82.110.113 2008-02-06 22:09:13 EST                    **CASE ID#** 158306204

**P2P Network:**  GnutellaUS                                              **Total Audio Files:** 891

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews | Gravedigger | Some Devil | 343-390 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Reba McEntire | For My Broken Heart | For My Broken Heart | 135-078 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Shoot 'em Up | Nastradamus | 276-132 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |
| BMG Music | Alan Jackson | It's Five O'Clock Somewhere | Greatest Hits Volume II | 340-026 |
| BMG Music | Brad Paisley | The Cigar Song | Mud on the Tires | 336-114 |
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |

**EXHIBIT A**

**IP Address:** 198.82.111.151 2008-01-27 07:12:00 EST          **CASE ID#** 157066901

**P2P Network:** AresWarezUS          **Total Audio Files:** 487

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | He Can't Love You | J.E. Heartbreak | 288-396 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Motown Record Company, L.P. | Erykah Badu | Didn't Cha Know | Mama's Gun | 295-614 |
| Arista Records LLC | Anthony Hamilton | My First Love | Comin' From Where I'm From | 340-393 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Sumthin' Sumthin' | Maxwell's Urban Hang Suite | 221-404 |
| Atlantic Recording Corporation | Pretty Ricky | Your Body | Bluestars | 376-229 |
| Capitol Records, Inc. | D'Angelo | Lady | Brown Sugar | 209-181 |
| BMG Music | Tyrese | I Like Them Girls | 2000 Watts | 293-345 |
| UMG Recordings, Inc. | Jay-Z | Blueprint (Momma Loves Me) | The Blueprint | 301-441 |

**EXHIBIT A**

**IP Address:**  198.82.113.31 2008-01-18 00:52:48 EST          **CASE ID#** 155880531

**P2P Network:**  GnutellaUS          **Total Audio Files:** 1328

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Chingy | One Call Away | Jackpot | 343-105 |
| UMG Recordings, Inc. | Akon | Lonely | Trouble | 361-456 |
| Warner Bros. Records Inc. | Mike Jones | Turning Lane | Who Is Mike Jones? | 374-374 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| BMG Music | Dave Matthews Band | Jimi Thing | Under the Table and Dreaming | 285-688 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Roll Out (single) | 303-066 |
| Atlantic Recording Corporation | Shinedown | 45 | Leave a Whisper | 342-566 |
| UMG Recordings, Inc. | Ludacris | Stand Up | Stand Up (single) | 340-556 |
| Arista Records LLC | Alan Jackson | Where I Come From | When Somebody Loves You | 289-367 |

**EXHIBIT A**

**IP Address:** 198.82.19.168 2008-02-17 13:18:46 EST          **CASE ID#** 159478093

**P2P Network:** AresWarezUS                                    **Total Audio Files:** 295

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | LFO | Summer Girls | LFO | 306-981 |
| Maverick Recording Company | Michelle Branch | Goodbye to You | The Spirit Room | 303-732 |
| Zomba Recording LLC | Britney Spears | Toxic | In the Zone | 335-267 |
| UMG Recordings, Inc. | Blue October | Hate Me | Foiled | 388-117 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Thriller | Thriller | 41-965 |
| Warner Bros. Records Inc. | Devo | Whip It | Freedom of Choice | 17-936 |
| BMG Music | Natalie Imbruglia | Torn | Left of the Middle | 246-607 |

**EXHIBIT A**

**IP Address:** 198.82.191.122 2008-02-15 13:02:00 EST          **CASE ID#** 159255753

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 444

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Pistola | A Crow Left of the Murder | 361-477 |
| SONY BMG MUSIC ENTERTAINMENT | Crossfade | The Deep End | Crossfade | 354-126 |
| UMG Recordings, Inc. | Nine Inch Nails | The Hand That Feeds | With Teeth | 381-157 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | No Place to Hide | Life is Peachy | 230-571 |
| Interscope Records | Limp Bizkit | Re-Arranged | Significant Other | 279-827 |
| Maverick Recording Company | Deftones | My Own Summer | Around The Fur | 244-493 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Like a Stone | Audioslave | 322-103 |
| Atlantic Recording Corporation | Shinedown | 45 | Leave a Whisper | 342-566 |
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Hoobastank | Disappear | The Reason | 339-555 |

# EXHIBIT A

**IP Address:** 198.82.199.102 2008-02-25 21:17:21 EST        **CASE ID#** 160474943

**P2P Network:** GnutellaUS                                  **Total Audio Files:** 594

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | Suga Suga | The One | 377-949 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Heartbreaker | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | Europe | The Final Countdown | The Final Countdown | 76-395 |
| UMG Recordings, Inc. | Nelly | Na-Nana-Na | Sweat | 358-561 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Love Takes Time | Mariah Carey | 118-408 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |

**EXHIBIT A**

**IP Address:** 198.82.199.135 2008-02-18 13:16:59 EST          **CASE ID#** 159605579

**P2P Network:** GnutellaUS          **Total Audio Files:** 582

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Babyface | Sunshine | Tender Lover | 106-822 |
| UMG Recordings, Inc. | Nelly Furtado | Do It | Loose | 387-509 |
| Capitol Records, Inc. | Coldplay | Talk | X&Y | 376-828 |
| Zomba Recording LLC | R. Kelly | Slow Wind | TP.3 Reloaded | 375-213 |
| Interscope Records | Enrique Iglesias | Rhythm Divine | Enrique | 214-257 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Heartbreaker | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Fantasy | Daydream | 215-243 |
| Capitol Records, Inc. | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |
| UMG Recordings, Inc. | Chamillionaire | Turn it Up | Turn It Up (single) | 384-540 |
| Capitol Records, Inc. | Coldplay | The Scientist | A Rush of Blood to the Head | 322-958 |

**EXHIBIT A**

**IP Address:** 198.82.199.198 2008-01-27 07:52:44 EST                **CASE ID#** 157068782

**P2P Network:** GnutellaUS                                          **Total Audio Files:** 493

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | Suga Suga | The One | 377-949 |
| Zomba Recording LLC | Justin Timberlake | Like I Love You | Like I Love You (single) | 321-888 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| BMG Music | Jamie Foxx | Unpredictable | Unpredictable | 374-820 |
| Capitol Records, Inc. | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |
| SONY BMG MUSIC ENTERTAINMENT | Europe | The Final Countdown | The Final Countdown | 76-395 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| UMG Recordings, Inc. | Christina Milian | Dip It Low | Dip It Low (single) | 352-822 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Thriller | Thriller | 41-965 |
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |

**EXHIBIT A**

**IP Address:** 198.82.199.64 2008-02-04 18:11:45 EST          **CASE ID#** 158057329

**P2P Network:** GnutellaUS          **Total Audio Files:** 549

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Fantasy | Daydream | 215-243 |
| UMG Recordings, Inc. | Natalie | Energy | Natalie | 374-395 |
| UMG Recordings, Inc. | 50 Cent | Candy Shop | The Massacre | 366-051 |
| UMG Recordings, Inc. | Obie Trice | Got Some Teeth | Got Some Teeth | 340-554 |
| UMG Recordings, Inc. | Nelly | Na-Nana-Na | Sweat | 358-561 |
| Capitol Records, Inc. | Coldplay | In My Place | A Rush of Blood to the Head | 322-958 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| UMG Recordings, Inc. | Blink-182 | Feeling This | Blink-182 | 345-359 |
| Interscope Records | Eminem | Bitch | The Slim Shady LP | 262-686 |

## EXHIBIT A

**IP Address:**  198.82.22.90 2008-02-07 16:38:35 EST

**CASE ID#** 158381941

**P2P Network:**  GnutellaUS

**Total Audio Files:** 349

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Coldplay | Speed Of Sound | Speed of Sound (single) | 376-817 |
| Atlantic Recording Corporation | Rob Thomas | Ever the Same | Something to Be | 373-876 |
| Warner Bros. Records Inc. | Van Halen | Ice Cream Man | Van Halen | 239 |
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Somewhere Out There | Gravity | 317-043 |

# EXHIBIT A

**IP Address:** 198.82.93.41 2008-02-23 12:47:11 EST          **CASE ID#** 160181142

**P2P Network:** GnutellaUS          **Total Audio Files:** 830

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| UMG Recordings, Inc. | DMX | One More Road To Cross | ...And Then There Was X | 279-017 |
| Maverick Recording Company | Candlebox | You | Candlebox | 171-393 |
| UMG Recordings, Inc. | Ja Rule | Put It On Me | Rule 3:36 | 270-080 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Supersonic | Definitely Maybe | 206-408 |
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| BMG Music | Dave Matthews Band | Where Are You Going | Busted Stuff | 321-902 |
| BMG Music | Eve 6 | Promise | Horrorscope | 285-024 |
| Virgin Records America, Inc. | Ben Harper | Burn One Down | Fight For Your Mind | 210-135 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |